UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE AUDUBON SOCIETY, et al.,

          Plaintiffs,

  v.

GALE NORTON, et al.,

          Defendants.

CASE NO. C05-1835JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable James P. Donohue. All future pleadings shall bear the cause number C05-1835JPD.

Filed and entered this 10th day of November, 2005.

          BRUCE RIFKIN, Clerk

             s/Mary Duett
          By
             Deputy Clerk

MINUTE ORDER