1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE AUDUBON SOCIETY, et al.,

Plaintiffs,

v.

GALE NORTON, et al.,

Defendants.

CASE NO. C05-1835JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable James P. Donohue.  All future pleadings shall bear the cause number C05-1835JPD.

Filed and entered this 10th day of November, 2005.

BRUCE RIFKIN, Clerk

s/Mary Duett

By

Deputy Clerk

MINUTE ORDER