# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| SEATTLE AUDUBON SOCIETY et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GALE NORTON, Secretary of the Interior, et al., ) <br> ) <br> ) <br> Defendant. ) | **C05-1835 JPD** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On January 3, 2006, defendants filed a motion to extend time to file an answer (dkt #7). The motion is unopposed and reflects the parties' attempt to reach an early settlement. Having considered the motion and supporting record, the Court GRANTS the motion for an extension of time to file an answer. Pursuant to the parties' request, defendants shall have until Friday, January 13, 2006, to file an answer.

Dated this 4th day of January , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**