# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| SEATTLE AUDUBON SOCIETY, et al, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> GALE NORTON, Secretary of the Interior, ) <br> ) <br> Defendant. ) | C05-1835 JPD <br><br> MINUTE ORDER RESETTING DEADLINES |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 5). The request is GRANTED.

The parties will adhere to the following schedule:

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 16, 2006

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 23, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to February 23, 2006. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt. # 4.) The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than February 23, 2006, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425. An individual party's decision on consent is not to be filed electronically or forwarded in any form to the chambers of

1  Judge Donohue.

   

Dated this 25th of January, 2006

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk