UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

SEATTLE AUDUBON SOCIETY, et al.,

Plaintiff,

vs.

GALE NORTON, Secretary of the Interior, et al.,

Defendant.

C05-1835 RSL

**MINUTE ORDER**

**REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnik, United States District Judge.

All future documents filed in this case must bear the cause number C05-1835 RSL and bear the Judge's name in the upper right hand corner of the document.

Dated this 28th day of February, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
Peter H. Voelker, Deputy Clerk