UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE AUDUBON SOCIETY, et al.,

    Plaintiffs,

    v.

GALE NORTON, et al.,

    Defendants.

Case No. C05-1835L

ORDERS ON A NUMBER OF OUTSTANDING MOTIONS REGARDING NONCOMPLIANCE WITH THE LOCAL RULES

    This matter comes before the Court on defendants' motion for leave to file an overlength brief or, in the alternative, for leave to file a shortened brief (Dkt. # 20). Defendants' motion was in response to plaintiff's motion to strike defendants' response brief for late filing and service or, in the alternative, to strike that portion of defendants' response brief that is overlength. This motion was included in plaintiffs' reply brief and therefore has not been docketed separately. The Court hereby GRANTS IN PART defendants' motion (Dkt. # 20). The Court will accept defendants' shortened brief. The remainder of the motions are DENIED. The Court further urges counsel for defendants to comply strictly with the local rules or risk sanctions pursuant to General Rule 3(d) of the Local Rules.

    DATED this 20th day of April, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge