The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE AUDUBON SOCIETY and KITTITAS AUDUBON SOCIETY, non-profit corporations, | ) ) ) ) Case No. C05-1835RSL ) |
| Plaintiffs, | ) ORDER GRANTING ) JOINT MOTION TO REVISE CASE |
| v. | ) SCHEDULE ) |
| DIRK KEMPTHORNE, Secretary of the Interior, and H. DALE HALL, Director of the U.S. Fish & Wildlife Service, | ) NOTED:  June 15, 2006 ) ) ) |
| Defendants. | ) ) |

Upon consideration of the parties Joint Motion to Revise Case Schedule and the parties' interest in settling this matter, the Court hereby revises the May 31, 2006 Amended Revised Case Management Order.  The relevant deadlines are now as follows:

1. Deadline for submission of the administrative record:     July 24, 2006

2. Record supplementation completed by:     August 24, 2006

3. Motions to Supplement the Record noted by:     August 24, 2006

ORDER GRANTING JOINT MOTION TO
REVISE CASE SCHEDULE - 1
Case No. C05-1835 RSL

Washington Forest Law Center
615 Second Ave., Suite 360
Seattle, WA 98104
(206) 223-4088

4. Motions to Supplement the Administrative Record filed by:   August 4, 2006

5. Responses to Motions to Supplement filed by:   August 17, 2006

6. Replies in Support of Motions to Supplement filed by:   August 24, 2006

7. Plaintiffs shall file a motion for summary judgment of no more than 24 pages by:   September 22, 2006

8. Defendants shall file a combined opposition and cross motion for summary judgment of no more than 36 pages by:   October 23, 2006

9. Plaintiffs shall file a combined reply and opposition of no more than 24 pages by:   November 22, 2006

10. Defendants shall file a reply of no more than 12 pages by:   December 22, 2006

IT IS SO ORDERED.

Dated this 16th day of June, 2006.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION TO
REVISE CASE SCHEDULE - 2
Case No. C05-1835 RSL

Washington Forest Law Center
615 Second Ave., Suite 360
Seattle, WA 98104
(206) 223-4088